## ENTRY ORDER

### SUPREME COURT DOCKET NO. 2015-362

### NOVEMBER TERM, 2015

| | | |
|---|---|---|
| In re PRB No. 2016-045 | } | Original Jurisdiction |
| | } | |
| | } | |
| | } | Professional Responsibility Board |
| | } | |
| | } | |
| | } | PRB NO. 2016-045 |

In the above-entitled cause, the Clerk will enter:

On October 1, 2015, disciplinary counsel for the Professional Responsibility Board filed with the Court a certified copy of an Order of Admonition of respondent entered by the attorney disciplinary committee of the Supreme Court of Arizona. Our attorney discipline rules provide that, upon such notice, this Court "shall impose the identical discipline unless the Court finds that upon the face of the record from which the discipline is predicated it clearly appears, or disciplinary counsel or the lawyer demonstrates," that such discipline would be unwarranted under the grounds set forth in Administrative Order 9, Rule 20.D(1) through (4). A.O. 9, Rule 20.D. Accordingly, the Court issued an order providing respondent an opportunity to inform the Court, no later than November 13, 2015, of any claim that the imposition of identical discipline by this Court would be unwarranted on such grounds. The Court informed respondent that, absent such a showing, the imposition of discipline for misconduct in another jurisdiction "establish[es] conclusively the misconduct" for the purpose of imposing the identical discipline in this State. Id., Rule 20.E. Respondent filed no response.

Accordingly, finding no basis in the record to conclude that the imposition of identical discipline in this State would be unwarranted, an order of admonition of respondent is hereby entered.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice


_____
Marilyn S. Skoglund, Associate Justice


_____
Beth Robinson, Associate Justice


_____
Harold E. Eaton, Jr., Associate Justice